| | |
|---|---|
| Elijah L. Milne | Michael D. Rawlins |
| Bar No. 13196 | Bar No. 5467 |
| DENTONS DURHAM JONES PINEGAR P.C. | 3271 E. Warm Springs Rd. |
| 192 East 200 North, Third Floor | Las Vegas, NV 89120 |
| St. George, UT 84770 | (702) 832-1670 |
| (435) 674-0400 | *Designated only for personal service* |
| (435) 628-1610 fax | *under LR IA 11-1(b)(2)* |
| eli.milne@dentons.com | |
| *Attorneys for Petitioner* | |

30086.000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHENZHEN LAMP TECHNOLOGY CO., LTD., | Case No. 2:24-cv-02046 |
| Petitioner, | **VERIFIED PETITION TO CONFIRM ARBITRATION AWARD** |
| vs. | |
| AG LIGHT AND SOUND INC., a Nevada corporation, | |
| Respondent. | |

Petitioner Shenzhen LAMP Technology Co. Ltd. ("*LAMP*") hereby alleges as follows.

## INTRODUCTION

1. LAMP seeks an order under the Federal Arbitration Act, 9 U.S.C. §§ 9 and 207, confirming the arbitration award dated August 15, 2024, which the Shenzhen Court of International Arbitration rendered in favor of LAMP (the "*Award*").

2. In accordance with 9 U.S.C. § 13, LAMP seeks entry of a judgment on the Award.

## JURISDICTION AND VENUE

3. LAMP restates and incorporates herein all of the foregoing allegations.

4. LAMP is a People's Republic of China limited liability company with its principal place of business in Shenzhen, China.

5. All of the individuals who are members or ultimate beneficial owners of LAMP are citizens of China.

6. On information and belief, Respondent AG Light and Sound Inc. ("*AG Light*") is a citizen of Nevada because it is incorporated in Nevada and has its principal place of business in Las Vegas, Nevada.

7. In accordance with 9 U.S.C. § 9, this Court has personal jurisdiction over AG Light upon service of notice of this Petition upon AG Light.

8. The matter in controversy in this action exceeds the sum or value of $75,000 exclusive of interest and costs.

9. In accordance with 9 U.S.C. § 203, this Court has original jurisdiction over this action, regardless of the amount in controversy, because this action falls under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "*New York Convention*").

10. This Court also has original jurisdiction of this action under 28 U.S.C. § 1332 based on diversity of citizenship.

11. In accordance with 9 U.S.C. § 204, venue is proper because this action falls under the New York Convention, and an action or proceeding with respect to the controversy between the parties could have been brought in Clark County, Nevada, but for the parties' arbitration agreement (the "*Agreement*").

**GENERAL ALLEGATIONS**

12. LAMP restates and incorporates herein all of the foregoing allegations.

13. A true and correct copy of the Agreement is attached hereto as Exhibit 1.

14. A true and correct copy of the Award is attached hereto as Exhibit 2.

15. A true and correct copy of documentation regarding the selection or appointment of arbitrators is attached hereto as Exhibit 3.

16. LAMP has commenced this action within three years after the Award was made.

**COUNT I**
**(Confirmation of Award)**

17. LAMP restates and incorporates herein all of the foregoing allegations.

18. LAMP hereby applies for an order confirming the Award as against AG Light.

19. No grounds specified in the New York Convention for refusal or deferral of recognition or enforcement of the Award applies.

20. The Award has not been—and should not be—vacated, modified, or corrected.

21. In accordance with 9 U.S.C. § 207, LAMP is entitled to entry of an order confirming the Award as against AG Light.

22. A judgment on the Award should be entered in LAMP's favor against AG Light.

Wherefore, LAMP requests that an order be issued confirming the Award under 9 U.S.C. §§ 9 and 207; that judgment be entered thereon under 9 U.S.C. § 13; and that LAMP be awarded such other and further relief as may be just, equitable, or proper.

Signed 10/31/2024.

DENTONS DURHAM JONES PINEGAR P.C.

*/s/ Eli Milne*

Elijah L. Milne
Bar No. 13196
192 East 200 North, Third Floor
St. George, UT 84770
(435) 674-0400
eli.milne@dentons.com
*Attorneys for Petitioner*

**VERIFICATION**

In accordance with 28 U.S.C. § 1746, I hereby declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the allegations in paragraphs 13–15 of the foregoing petition are true and correct.

Signed 11/1/2024.

SHENZHEN LAMP TECHNOLOGY CO., LTD.

*/s/ Hui Shuo Lin*

By: Hui Shuo Lin
Its: Vice President

**INDEX OF EXHIBITS**

Exhibit 1: Agreement
Exhibit 2: Award
Exhibit 3: Documentation regarding the selection or appointment of arbitrators