# Exhibit 3

## Selection of Appointment of Arbitrators



# Notice of Arbitration

(2023) Shen Guo Zhong She Wai Shou No. 7410-1

**Claimant: SHENZHEN LAMP TECHNOLOGY CO.,LTD**

1. Acceptance of the Case

    You submitted a Request for Arbitration of a dispute with AG Light and Sound Inc concerning contract of international sale of goods on 15/8/2023. Upon reviewing the Request as eligible for acceptance, the SCIA has decided to accept the Request. **The Case Acceptance Number is (2023) Shen Guo Zhong She Wai Shou No. 7410. Please refer to this Case Acceptance Number in all written documents submitted to the SCIA subsequently.**

2. Application of Arbitration Rules

    The arbitration of this Case is governed by the *SCIA Arbitration Rules* (hereinafter, the Arbitration Rules), effective as of 21 February 2019, amended in 2022.

    In accordance with Article 56 of the Arbitration Rules, this Case is subject to the Chapter IX "Expedited Procedure" of the Arbitration Rules. Any matter not stipulated in Chapter IX shall be governed by relative provisions in other chapters of the Arbitration Rules.

3. Language of Arbitration

    Pursuant to Article 5(2) of the Arbitration Rules, the SCIA has decided that the preliminary language applied in the arbitration proceedings shall be ENGLISH. After the composition of the arbitral tribunal, the final language to be used in the arbitration proceedings shall be determined by the arbitral tribunal.

4. Appointment of Arbitrator

    (1) Pursuant to Articles 28, 30, 31 and 58 of the Arbitration Rules, this Case will be heard by an arbitral tribunal of one arbitrator appointed from the *SCIA Panel of Arbitrators*.

    (2) Please directly contact the Respondent to **jointly appoint, or to jointly entrust the President of the SCIA to appoint, a sole arbitrator**. Please jointly or individually notify the SCIA in writing of such appointment or entrustment within **fifteen (15) days** from the date of receipt of this *Notice*.

    (3) If the Parties fail to jointly appoint, or to jointly entrust the President of the SCIA to appoint, a sole arbitrator under the foregoing Paragraph (2), or to agree upon any other means for the appointment of a sole arbitrator in accordance with Articles 30



      and 31 of the Arbitration Rules, the President of the SCIA will appoint a sole arbitrator.

(4)   Please be noted that, if the residence of the sole arbitrator whom the Parties jointly appoint is not in Shenzhen, the Parties should jointly pay in advance the travel, accommodation, and other actual expenses incurred by the arbitrator for this Case (please refer to the *Arbitrator's Actual Expense Standard* as attached hereto).

5. Pursuant to Article 7 of the Arbitration Rules, the Parties and their representatives should proceed with the arbitration in a bona fide and cooperative manner.

6. Tribunal Secretary

The SCIA has appointed Ms.Lin Ruiwen, whose contact information is provided below, to assist the arbitral tribunal in managing the procedures of this Case:

Tel: 0755-83501216

E-mail: linruiwen@scia.com.cn

Address: 35/F, One Excellence development SCIA TOWER, 5033, Tinghai Blvd., Nanshan District, Shenzhen, P. R. China.



11/10/2023

Appendices:  1.  SCIA Arbitration Rules
                   2.  The SCIA Panel of Arbitrators
                   3.  Arbitrator's Actual Expense Standard



# Notice on Formation of the Arbitral Tribunal and Oral Hearing

(2023) Shen Guo Zhong She Wai Shou No. 7410-3

**Claimant:** SHENZHEN LAMP TECHNOLOGY CO.,LTD

**Respondent:** AG Light and Sound Inc

**I. Notice on Formation of the Arbitral Tribunal**

This is to notify that for the Case involving the dispute between Claimant and Respondent over their Contract for the International Sale of Good, an arbitral tribunal was formed on 21 March 2024, which is composed of the Arbitrator LIU Jing（刘京） appointed by the President of the SCIA for and on behalf of the Parties in accordance with Paragraph 2 of Article 30 of the *SCIA Arbitration Rules* . .

If you wish to challenge the arbitrator, please file a challenge in time pursuant to Article 33 of the *SCIA Arbitration Rules*.

In accordance with the *SCIA Arbitration Rules*, the Arbitral Tribunal has decided to use ENGLISH as the final language to be used in the arbitration proceedings.

**II. Notice on Oral Hearing**

The Arbitral Tribunal has decided to hold an oral hearing at **the No.12 hearing room of the SCIA in the SCIA International Arbitration Tower at 9:30 am on 30 April 2024 (Beijing Time)**.

※Special note:

**1.** Place of oral hearing: **the No. 12 hearing room of the SCIA, 36/F, One Excellence T1, SCIA Tower, 5033 Tinghai Blvd, Qianhai, Shenzhen, P.R. China. Please carry your ID card due to the security check.**

2. The Parties or their authorized representatives should be present at the hearing on time.

Pursuant to the provision of the *Arbitration Law of the People's Republic of China* and the *SCIA Arbitration Rules* on the principle of confidentiality, only the Parties' respective legal representative or authorized representative with a Power of Attorney can appear at the hearing for and on behalf of the Parties.

3. The individuals who will appear at the hearing for and on behalf of the Parties should have the original copies of the required evidence available for examination of evidence.



**4. The individuals present at the hearing should be formally dressed.**

The Arbitrator LIU Jing（刘京） has signed the *Arbitrator's Declaration*, which is sent to the Parties together with this *Notice*. In addition, Claimant and Respondent should send the materials of this Case such as the Request for Arbitration, list of exhibits, Statement of Defence, and opinions on examination of evidence in a Microsoft Office Word format to the email address of the tribunal secretary (linruiwen @scia.com.cn).



21 March 2024

Cc:     Arbitrators: LIU Jing（刘京）

Tribunal secretary: Ms.Lin Ruiwen

Tel: +86 755 83501216        Email:linruiwen@scia.com.cn

Add: 35/F, One Excellence development SCIA TOWER, 5033, Tinghai Blvd., Nanshan, Shenzhen, P. R. China.

仲裁院电子文书支持扫码验证内容真伪

请注册登录云上仲裁系统：online.scia.com.cn

输入领取码01WH85T领取案件，查看和提交本案材料



2