DENTONS DURHAM JONES PINEGAR, P.C.
192 EAST 200 NORTH 3RD FLOOR
ST. GEORGE, UT 84770
(435) 674-0400



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SHENZHEN LAMP TECHNOLOGY CO., LTD.
    Petitioner

vs

AG LIGHT AND SOUND INC.
    Respondent

Case Number: 2:24-CV-02046

Dept:

**PROOF OF SERVICE**

RENA AUSTIN-BROWN, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Tuesday, November 5, 2024 a copy of the:
**VERIFIED PETITION TO CONFIRM ARBITRATION AWARD; EXHIBITS 1-3; CIVIL COVER SHEET; RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

I served the same on **11/08/2024 at 2:08 PM** to:

**Respondent AG LIGHT AND SOUND INC., A NEVADA CORPORATION, BY SERVING AG LIGHT AND SOUND, INC., REGISTERED AGENT**

by leaving the copies with or in the presence of **JAMES WATRAL, DIRECTOR OF OPERATIONS**, at 4660 BERG ST, STE 130, NORTH LAS VEGAS, NV 89081, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Tuesday, November 12, 2024

RENA AUSTIN-BROWN
Registered Work Card R-2021-02859

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-2013934.01 Client File # 63520.001