Elijah L. Milne
Bar No. 13196
DENTONS DURHAM JONES PINEGAR P.C.
192 East 200 North, Third Floor
St. George, UT 84770
(435) 674-0400
(435) 628-1610 fax
eli.milne@dentons.com
*Attorneys for Petitioner*
30086.000

Michael D. Rawlins
Bar No. 5467
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
(702) 832-1670
*Designated only for personal service under LR IA 11-1(b)(2)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHENZHEN LAMP TECHNOLOGY CO., LTD., <br><br> Petitioner, <br><br> vs. <br><br> AG LIGHT AND SOUND INC., a Nevada corporation, <br><br> Respondent. | Case No. 2:24-cv-02046-JCM-MDC <br><br> **MOTION FOR ORDER GRANTING PETITION AND ENTRY OF JUDGMENT** <br><br> District Judge James C. Mahan <br> Magistrate Judge Maximiliano D. Couvillier III |

In accordance with the Federal Arbitration Act, 9 U.S.C. §§ 9, 13, and 207, Petitioner Shenzhen LAMP Technology Co. Ltd. ("*LAMP*") hereby moves for entry of:

1. an order confirming the arbitration award dated August 15, 2024, a true and correct copy of which is attached as Exhibit 2 to the Verified Petition to Confirm Arbitration Award, docket no. 1, filed November 1, 2024 (the "*Award*"); and

2. a judgment on the Award in substantially the form attached hereto as Exhibit A.

As explained in *Voltage Pictures, LLC v. Gussi, S.A. de C.V.*, 92 F.4th 815, 831 (9th Cir. 2024), "[a] prevailing party [in an arbitration proceeding] need not serve an adverse party with summons for the forum court to exercise personal jurisdiction over the adverse party. All that

1  needs to be served is '[n]otice of the application ....'" (quoting 9 U.S.C. § 9). Such service was
2  properly effectuated on November 8, 2024. (*See* Proof of Service, docket no. 4, filed Nov. 15,
3  2024). Accordingly, this motion is now ripe for decision.

4  Signed November 15, 2024.      DENTONS DURHAM JONES PINEGAR P.C.

6  /s/ Eli Milne
   Elijah L. Milne
   Bar No. 13196
7  192 East 200 North, Third Floor
   St. George, UT 84770
8  (435) 674-0400
   eli.milne@dentons.com
9  *Attorneys for Petitioner*

IT IS SO ORDERED:

James C. Mahan
United States District Judge

Dated: _____