1

2

3

4     Elijah L. Milne                           Michael D. Rawlins
      Bar No. 13196                             Bar No. 5467
5     DENTONS DURHAM JONES PINEGAR P.C.         3271 E. Warm Springs Rd.
      192 East 200 North, Third Floor           Las Vegas, NV 89120
6     St. George, UT 84770                      (702) 832-1670
      (435) 674-0400                            *Designated only for personal service*
7     (435) 628-1610 fax                        *under LR IA 11-1(b)(2)*
      eli.milne@dentons.com
8     *Attorneys for Petitioner*
      30086.000

9

10                        UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA

11

12    SHENZHEN LAMP TECHNOLOGY CO.,             Case No. 2:24-cv-02046-JCM-MDC
      LTD.,
13                                              **ORDER GRANTING PETITION**
                  Petitioner,                   **AND ENTRY OF JUDGMENT**

14          vs.                                 District Judge James C. Mahan Magistrate
                                                Judge Maximiliano D. Couvillier III
15    AG LIGHT AND SOUND INC., a Nevada
      corporation,

16
                  Respondent.
17

18

19          In accordance with the Federal Arbitration Act, 9 U.S.C. §§ 9, 13, and 207, Petitioner

20    Shenzhen LAMP Technology Co. Ltd. ("*LAMP*") hereby moves for entry of:

21          1.    an order confirming the arbitration award dated August 15, 2024, a true and correct

22    copy of which is attached as Exhibit 2 to the Verified Petition to Confirm Arbitration Award,

23    docket no. 1, filed November 1, 2024 (the "*Award*"); and

24          2.    a judgment on the Award in substantially the form attached hereto as Exhibit A.

25          As explained in *Voltage Pictures, LLC v. Gussi, S.A. de C.V.*, 92 F.4th 815, 831 (9th Cir.

26    2024), "[a] prevailing party [in an arbitration proceeding] need not serve an adverse party with

27    summons for the forum court to exercise personal jurisdiction over the adverse party. All that

1    needs to be served is '[n]otice of the application ....'" (quoting 9 U.S.C. § 9). Such service was

2    properly effectuated on November 8, 2024. (*See* Proof of Service, docket no. 4, filed Nov. 15,

3    2024). Accordingly, this motion is now ripe for decision.

4              Signed November 15, 2024.              DENTONS DURHAM JONES PINEGAR P.C.

6                                                     /s/ Eli Milne
                                                      Elijah L. Milne
                                                      Bar No. 13196
7                                                     192 East 200 North, Third Floor
                                                      St. George, UT 84770
8                                                     (435) 674-0400
                                                      eli.milne@dentons.com
9                                                     *Attorneys for Petitioner*

12                                                    IT IS SO ORDERED:

14

                                                      James C. Mahan
15                                                    United States District Judge

16                                                    Dated: January 13, 2025