Elijah L. Milne  
Bar No. 13196  
DENTONS DURHAM JONES PINEGAR P.C.  
192 East 200 North, Third Floor  
St. George, UT 84770  
(435) 674-0400  
(435) 628-1610 fax  
eli.milne@dentons.com  
*Attorneys for Petitioner*  
63520.001

Michael D. Rawlins  
Bar No. 5467  
3271 E. Warm Springs Rd.  
Las Vegas, NV 89120  
(702) 832-1670  
*Designated only for personal service under LR IA 11-1(b)(2)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHENZHEN LAMP TECHNOLOGY CO., LTD., <br><br> Petitioner, <br><br> vs. <br><br> AG LIGHT AND SOUND INC., a Nevada corporation, <br><br> Respondent. | Case No. 2:24-cv-02046-JCM-MDC <br><br> **JUDGMENT IN A CIVIL CASE** <br><br> District Judge James C. Mahan <br> Magistrate Judge Maximiliano D. Couvillier III |

IT IS HEREBY ORDERED AND ADJUDGED that:

1. In accordance with 9 U.S.C. §§ 9, 13, and 207, judgment is entered in favor of Petitioner Shenzhen Lamp Technology Co. Ltd. ("*LAMP*") against Respondent AG Light and Sound Inc. ("*AG Light*") in the total amount of $371,143.25 based on the arbitration award attached as Exhibit 2 to the Verified Petition to Confirm Arbitration Award,[1] which amount is calculated as follows:

|   | | |
|---:|---:|---|
| | $ 275,765.00 | for liquidated damages |
| | 83,418.91 | for interest on the above-referenced liquidated damages at the rate of 18% per annum from March 10, 2023, through November 15, 2024 |
| | 4,895.44 | for attorney fees (¥35,000) through August 15, 2024 |
| | 8,485.76 | for arbitration fees (¥60,669) through August 15, 2024 |
| + | 602.15 | for interest on the above-referenced attorney fees and arbitration fees at the rate of 18% per annum from August 15, 2024, through November 15, 2024 |
| | $ 373,167.26 | TOTAL JUDGMENT |

---

[1] Docket no. 1, filed Nov. 1, 2024.

2. All amounts due under this Judgment shall accrue interest at the rate of 18% per annum from November 15, 2024, until paid in full, and shall further be augmented in the amount of reasonable costs and attorney fees incurred on or after August 15, 2024, in collecting the same by execution or otherwise as may be established by affidavit or declaration.

IT IS SO ORDERED:

*James C. Mahan*

James C. Mahan
United States District Judge

Dated: January 13, 2025