TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone: 702-988-3030
Facsimile: 702-988-3029
trey.rothell@dentons.com

*Attorney for Petitioner*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SHENZHEN LAMP TECHNOLOGY CO., LTD., <br><br> Petitioner, <br><br> vs. <br><br> AG LIGHT AND SOUND INC., a Nevada corporation, <br><br> Respondent. | Case No.: 2:24-cv-02046-JCM-MDC <br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

I, TREY A. ROTHELL, hereby state on oath:

1. Judgment for $373,167.26, was entered on January 13, 2025, in the docket of the above entitled Court action in favor of Shenzhen Lamp Technology Co., Ltd., as Judgment Creditor, and against AG Light and Sound Inc. as Judgment Debtor.

2. I am the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment are the following sums:

    $74,163.16    accrued interest, computed at 18% per annum

    $0.00    accrued costs and fees.

/ / /

CREDIT must be given for payments and partial satisfaction in the total amount of $0.00 which is to be first credited against the total accrued interest, costs and fees, with any excess credited against the Judgment as entered, leaving a net balance of $447,330.42 ACTUALLY DUE on this date. Of this total, $447,330.42 is the amount of the original Judgment as entered still remaining due and bearing interest at 18% in the amount of $184.03 PER DAY from this date:

Dated this 23rd day of December 2025.

By: _____
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144

*Attorney for Judgment Creditor*

SUBSCRIBED and SWORN to before me on this 23rd day of December 2025, by Trey A. Rothell.

ESTRELITA B. IBARRA
Notary Public - State of Nevada
Appointment No. 06-107171-1
My Appointment Expires October 1, 2026

_____
NOTARY PUBLIC in and for
the County of Clark, State of Nevada.