TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone: 702-988-3030
Facsimile: 702-988-3029
trey.rothell@dentons.com

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHENZHEN LAMP TECHNOLOGY CO., LTD., <br><br> Petitioner, <br><br> vs. <br><br> AG LIGHT AND SOUND INC., a Nevada corporation, <br><br> Respondent. | Case No.: 2:24-cv-02046-JCM-MDC <br><br> **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA:

On January 13, 2025, a Judgment was entered in the docket of the above-entitled Court and action, in favor of Shenzhen Lamp Technology Co., Ltd., as Judgment Creditor, and against AG Light and Sound Inc. as Judgment Debtor, for:

| | |
|---:|---|
| $275,765.00 | principal, |
| $4,895.44 | attorney fees, |
| $84,021.06 | interest, and |
| $8,485.76 | costs making a total of |
| $373,167.26 | JUDGMENT AS ENTERED. |

/ / /

/ / /

/ / /

/ / /

1  WHEREAS, according to an affidavit and request for issuance of writ of execution filed
2  herein, it appears that further sums have accrued since the entry of judgment, to wit:
3      $74,163.16  accrued interest, and
4      $0.00  accrued costs and fees, making a total of
5      $74,163.16  ACCRUED INTEREST, COSTS AND FEES.
6  CREDIT must be given for payments and partial satisfactions in the amount of
7      $0.00  which is to be first credited against the total
8  accrued interest, costs and fees, with any excess credited against the Judgment as
9  entered, leaving a net balance of
10 $_____  ACTUALLY DUE on the date issuance of this writ, of which
11
12 $_____  is due on the Judgment as entered, and bears interest at 18% per annum, in the amount of
13 $184.03 PER DAY, from the date of entry of judgment to the date of issuance on this writ,
14 to which must be added the accrued costs and fees and the commissions and costs of the
15 officer executing this writ.
16  Notice by mail of any sale under the writ of execution has not been requested.
17  YOU ARE THEREFORE COMMANDED to satisfy the said Judgment with interest and
18 costs as provided by law and your costs and disbursements out of the personal property of said
19 debtor, except that for any pay period, 75 percent of the disposable earnings of the debtor during
20 this period or for each week of the period 30 times the minimum hour wage prescribed by section
21 6(a)(1) of the Federal Fair Labor Standards Act of 1938 [29 U.S.C. Sec. 206(a)(1)], and in effect
22 at the time the earnings are payable, whichever is greater, is exempt from any levy of execution
23 pursuant to this writ, and if sufficient personal property cannot be found, then out of his real
24 property; or if the Judgment be a lien upon real property, then out of the real property belonging
25 to such debtor, and make return of this writ within not less than ten (10) days nor more than sixty
26 (60) days after your receipt thereof with what you have done endorsed hereon.
27 / / /

1  Judgment Creditor/Plaintiff will identify to the U.S. Marshal or his representative assets that are to be seized to satisfy the judgment/order.

YOU ARE FURTHER COMMANDED if necessary, to turn over any property seized under this order to a third party custodian or to the plaintiff. The U.S. Marshal or his representative is authorized to use reasonable force in the execution of this Judgment/Order and the Judgment Creditor/Plaintiff will hold the U.S. Marshals Service harmless of any liability that may be imposed as a result of the execution of the Judgment.

Dated: _____   DEBRA K. KEMPI
                                Clerk, U.S. District Court


By: _____
                Deputy Clerk